1  David C. Kiernan (State Bar No. 215335)
   dkiernan@JonesDay.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    +1.415.626.3939
4  Facsimile:    +1.415.875.5700

5  Attorneys for Defendants
   Santa Fe Natural Tobacco Company
6  and Reynolds American Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

| | |
|---|---|
| RUSSELL BRATTAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA FE NATURAL TOBACCO COMPANY, INC., REYNOLDS AMERICAN, INC., and DOES 1 through 59,<br><br>Defendants. | Case No. 4:15-cv-04705-JSW<br><br>Judge Jeffrey S. White<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Complaint Filed October 9, 2015<br>No Trial Date Assigned |

**STIPULATED REQUEST FOR BRIEFING SCHEDULE**

On October 12, 2015, Plaintiff served a 111-paragraph class-action Complaint against Sante Fe Natural Tobacco Company, Inc. and Reynolds American, Inc. ("Defendants"), alleging five causes of action challenging Defendants' use of terms "100% additive-free," "natural" and/or "organic" in the marketing of American Spirits cigarettes.  Plaintiff seeks to represent a class of all persons in the State of California who purchased American Spirits.

On December 14, 2015, Defendants moved to dismiss the Complaint in its entirety on the grounds (among others) that it fails to state a claim upon which relief may be granted and each cause of action is preempted by federal law.  Under the local rules, Plaintiff's opposition is due

fourteen days later on December 28, 2015, and Defendants' reply is due seven days after Plaintiff's opposition on January 4, 2016.

In light of the holidays and the issues to be briefed, including federal preemption, the parties agree that Plaintiff be allowed an additional fourteen days to file his opposition and Defendants be allowed an additional seven days to file their reply.

NOW THEREFORE the parties hereby agree, stipulate, and request that the Court enter the following briefing schedule:

Plaintiff's opposition is due January 13, 2016; and

Defendants' reply in support of their motion to dismiss is due by January 27, 2016.

**IT IS SO STIPULATED.**

Dated: December 15, 2015          JONES DAY

                                  By:  /S/ David C. Kiernan
                                       David C. Kiernan

                                  Attorneys for Defendants
                                  Santa Fe Natural Tobacco Company and
                                  Reynolds American Inc.

Dated: December 15, 2015          EGGNATZ, LOPATIN & PASCUCCI, LLP

                                  By:  /S/ Benjamin M. Lopatin
                                       Benjamin M. Lopatin

                                  2201 Market Street, Suite H
                                  San Francisco, California  94114
                                  Telephone:  415-324-8620
                                  Facsimile:  415-520-2262

                                  Attorneys for Plaintiff
                                  Russell Brattain

1  **IT IS SO ORDERED.**

2  DATED: December 15, 2015

3  _____
   THE HONORABLE JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

7       Pursuant to L.R. 5-1(i), I attest that the concurrence in the filing of this document has been
8  obtained from Benjamin M. Lopatin which shall serve in lieu of his signature.

                                              By:  /S/ David C. Kiernan
                                                   David C. Kiernan

NAI-1500647353v2